Opinion by Mr. PRESIDING JUSTICE SULLIVAN.

James J. Doherty, Public Defender, of Chicago (Gerald Winiecki and Thomas F. Finegan, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Mary Ellen Dienes, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* MICHAEL AUSTIN, Defendant-Appellant.

(No. 59010;

First District (5th Division)—December 13, 1974.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Marilyn D. Israel, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Barry Rand Elden, Assistant State's Attorneys, of counsel), for the People.

REBECCA JACOBS, Plaintiff-Appellant, *v.* LARRY JACOBS, Defendant-Appellee.

(No. 59893;

First District (5th Division)—December 13, 1974.